UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08MJ1225 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Luis Omar Oropeza Sanchez ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. (**Bond Posted** / Case Disposed / Order of Court).

Eddy Ponciano Juarez

DATED: 5-1-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____ DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk